UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK CARPENTER,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C10-5594KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff's application to proceed *in forma pauperis* (Dkt. #3-#4) is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

DATED this 2nd day of September, 2010.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER - 1