# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK W. CARPENTER

v.

MICHAEL J. ASTRUE, Commissioner
    of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5594RBL/KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

the Court adopts the Report and Recommendation; and

the administrative decision is AFFIRMED.

| | |
|---|---|
|   July 26, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |